IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH RAMOS, O/B/O E.R., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | CIVIL ACTION <br> NO. 13-5546 |

## ORDER

**AND NOW**, this 16th day of September 2015, upon consideration of the Plaintiff's request for review and the briefs filed by the parties, and after a review of the Report and Recommendation filed by Chief United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 18), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is GRANTED, and the case is REMANDED to the Commissioner, under sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with Chief United States Magistrate Judge Carol Sandra Moore Wells' Report and Recommendation; and

3. Judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.